**Fill in this information to identify the case:**

Debtor 1    HAROLD THOMAS NEAUS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE    District of   PA
                                                                   (State)

Case number   21-00382

---

Official Form 410C13-N

# Trustee's Notice of Disbursements Made      12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   M&T BANK        **Court claim no.** (if known):   5

**Last 4 digits** of any number you use to identify the debtor's account:   6   3   3   6

**Property address:**      181 EDGEROCK DRIVE
                         Number      Street

                         DRUMS,          PA      18222
                         City                State      ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.   Allowed amount of prepetition arrearage: | $ 263.18 |
| b.   Total amount of prepetition arrearage disbursed by the trustee: | $ 263.18 |
| c.   Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d.   Total amount of arrearages disbursed by the trustee: | $ 263.18 |

Case 5:21-bk-00382-MJC    Doc 42    Filed 02/24/26    Entered 02/24/26 07:32:09    Desc
Main Document      Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager
Signature

Date  2 / 24 / 2026

Trustee

| Jack | N | Zaharopoulos |
|---|---|---|
| First Name | Middle Name | Last Name |

Address  8125 Adams Drive, Suite A
Number          Street

| Hummelstown | PA | 17036 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  ( 717 ) 566 – 6097

Email  info@pamd13trustee.com

Case 5:21-bk-00382-MJC   Doc 42   Filed 02/24/26   Entered 02/24/26 07:32:09   Desc
Main Document     Page 2 of 3

# Disbursements for Claim

**Case: 21-00382      HAROLD THOMAS NEAUS**

**LAKEVIEW LOAN SERVICING**
FOR FLAGSTAR BANK F.S.B.
5151 CORPORATE DRIVE
TROY, MI   48098-

Acct No: Edge Rock Dr - PRE-ARREARS

ARREARS - 181 EDGE ROCK DRIVE

Sequence:  24
Modify:
Filed Date:
Hold Code:

| | | | Debt: | $263.18 | Interest Paid: | $0.00 |
| Amt Sched: | | $189,811.00 | | | Accrued Int: | $0.00 |
| Amt Due: | | $0.00 | Paid: | $263.18 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **LAKEVIEW LOAN SERVICING** | | | | | | | |
| 520-0 | LAKEVIEW LOAN SERVICING | | 05/17/2022 | 2012773 | $63.88 | $0.00 | $63.88 | 05/25/2022 |
| 520-0 | LAKEVIEW LOAN SERVICING | | 03/16/2022 | 2010683 | $199.30 | $0.00 | $199.30 | 03/23/2022 |
| | | | | Sub-totals: | $263.18 | $0.00 | $263.18 | |
| | | | | Grand Total: | $263.18 | $0.00 | | |