**Fill in this information to identify the case:**

Debtor 1      <u>Harold Thomas Neaus aka Harold Neaus aka Harold T Neaus</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>Pennsylvania</u>
                                                       (State)

Case number    <u>21-00382 MJC</u>

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    <u>**Lakeview Loan Servicing, LLC**</u>

**Court claim no.** (if known):
     <u>5</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>6336</u>

**Property address:**      <u>**181 Edge Rock Drive**</u>
                          Number      Street
                          <u>**Drums    PA 18222**</u>
                          City                        State      ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response:    $ <u>263.18</u>          .

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:    $ _____ .

☒   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response:    $ _____ .

Case 5:21-bk-00382-MJC    Doc 47    Filed 03/13/26    Entered 03/13/26 19:12:08    Desc
Main Document      Page 1 of 7

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:             02 / 25 / 2026

    ii.   Date next postpetition payment from the debtor is due:         03 / 01 / 2026

    iii.  Amount of the next postpetition payment that is due:      $ 1,578.83

    iv.  Unpaid principal balance of the loan:      $ 171,075.40

    v.   Additional amounts due for any deferred or accrued interest:      $ 702.70

    vi.  Balance of the escrow account:      $ 2,998.00

    vii.  Balance of unapplied funds or funds held in a suspense account:      $ 0.00

    viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:      $ 238.66

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:21-bk-00382-MJC    Doc 47    Filed 03/13/26    Entered 03/13/26 19:12:08    Desc
Main Document     Page 2 of 7

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel   Date March 12, 2026
       Signature

Name      Matthew Fissel
           First name      Middle name      Last name

Title       Attorney for Secured Creditor

Company    KML Law Group, P.C.
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     701 Market Street, Suite, 5000
           Number      Street

           Philadelphia                    PA      19196

           City                       State     ZIP Code

Contact phone  (215) 627-1322                      Email bkgroup@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Harold Thomas Neaus aka Harold
Neaus aka Harold T Neaus
                          Debtor(s)

Lakeview Loan Servicing, LLC
                          Movant
          vs.

Harold Thomas Neaus aka Harold Neaus
aka Harold T Neaus
                          Debtor(s)

Jack N. Zaharopoulos,

                          Trustee

BK NO. 21-00382 MJC

Chapter 13

Related to Claim No. 5

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 13, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Harold Thomas Neaus aka Harold Neaus aka
Harold T Neaus
181 Edge Rock Drive
Drums, PA 18222

<u>Attorney for Debtor(s) (via ECF)</u>
John Fisher
126 South Main Street
Pittston, PA 18640

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>March 13, 2026</u>

**<u>/s/ Matthew Fissel</u>**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

# M&T Bank

### PAYOFF STATEMENT

March 03, 2026                                                    Re:  Loan No. ████████████

Harold T Neaus                                                   Harold T Neaus

181 Edge Rock Dr                                                 181 Edge Rock Drive
Drums                  , PA 18222                                Drums PA 18222

```
Interest Rate:    4.62500%
Principal Balance:                                    $        171,075.40
Total Interest                                                     702.70
Pro Rata MIP                                                       238.66
Recording Fees                                                     84.75
Document Preparation                                                 .00
School Tax                                                       1,402.92
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $            173,504.43
```
This statement expires March 03, 2026.

**Per diem through the last day of the month only:**       $     21.68
**The current escrow balance is:**                               2,998.00

M&T Bank reserves the right to return partial payoff funds.  Payoff figures are subject to change.  The total amount required to pay the loan in full may change if any check previously received is rejected by the institution upon which it was drawn or if any credits or disbursements are made to or from your account.  Funds must be received in our office no later than 3:00 pm (EST) to be credited that same day.

Please call M&T Bank before funds are sent to verify figures are correct.

Certified funds must be made payable to M&T Bank.  Please include the mortgage account number on all correspondence including the payoff check; mail to:

M&T Bank
1 Fountain Plaza, 7th Floor
Buffalo, NY 14203-1495
Attn: Payoff Department

**ISSUANCE OF THIS STATEMENT DOES NOT PRECLUDE M&T BANK FROM TAKING ACTION IN THE CONTEXT OF YOUR BANKRUPTCY CASE.  PLEASE CONTINUE TO MAKE REGULARLY SCHEDULED MORTGAGE PAYMENTS UNTIL YOUR LOAN IS PAID IN FULL.**

A late charge in the amount of $      39.88 will be assessed if the current payment or payoff is received after the grace date.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986

Case 5:21-bk-00382-MJC  Doc 47  Filed 03/13/26  Entered 03/13/26 19:12:08  Desc
Main Document      Page 5 of 7

 **M&T** Bank

Re: Loan No. ▮▮▮▮▮▮▮▮

PAGE 2

## Important Information Regarding This Payoff Statement

Please Read Carefully

===================================================================
**ONLY CERTIFIED FUNDS OR ATTORNEY ESCROW CHECKS ARE ACCEPTED FOR PAYOFF**

**\*\*\*\* WHEN REMITTING PAYOFF FUNDS, PLEASE INCLUDE WRITTEN MAILING INSTRUCTIONS FOR THE DISCHARGE, RELEASE OF LIEN, OR RECONVEYANCE \*\*\*\***
===================================================================

**A PROPERLY EXECUTED, RECORDABLE RELEASE OF LIEN WILL BE PROVIDED BY M&T BANK, AFTER THE LOAN IS PAID IN FULL.**

Funds received must be sufficient to satisfy the full amount due on this loan, including all attorney fees and costs. If the amount received does not fully repay the current debt, including all fees and advances, interest will continue to accrue until the full amount is received. If the mortgagor has already mailed the current month's payment DO NOT stop payment on the check. Any excess funds will be refunded to the mortgagor after payoff.

1.  If this property is sold, please provide the seller's forwarding address.

2.  Our records indicate that the estimated tax and/or insurance items listed below are due to be paid within the next twelve (12) months.

        $ 1431.96  08-26  Hud-risk Based Ins Prem
        $ 2159.30  09-26  Hazleton S.d./butler Twp
        $ 1402.92  03-26  Butler Township -luzrne
        $ 1796.00  07-26  Foremost

If the mortgage is escrowed, scheduled tax and insurance payments will continue to be made.

**M&T** Bank

PAGE 3

PAYOFF STATEMENT

March 03, 2026                                    Re:   Loan No.
                                                       Reference

                                                 Harold T Neaus

Harold T Neaus
                                                 181 Edge Rock Drive
181 Edge Rock Dr                                 Drums PA 18222
Drums                    , PA 18222              (570)578-8925


Principal Balance:                                      $      171,075.40
Total Interest At   4.62500%                                      702.70
Pro Rata MIP                                                      238.66
Recording Fees                                                    84.75
School Tax                                                     1,402.92
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $          173,504.43

Current Escrow Balance                                         2,998.00
Funds received after March 03, 2026 will require an additional $ 21.68
interest per day.

                    INVESTOR:        CATEGORY:
                    LOAN TYPE: First Mortgage only      FHA
                    STATE/COUNTY CODES:
                    MAN CODE:
                    REASON: _____