United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                         Case No. 21-00382-MJC

Harold Thomas Neaus                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                          Page 1 of 1

Date Rcvd: May 28, 2026                 Form ID: fnldec                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID              Recipient Name and Address**
db              + Harold Thomas Neaus, 181 Edgerock Drive, Drums, PA 18222-1103

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: May 30, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                    Email Address**

Jack N Zaharopoulos
                        ecf_pahu_alt@trustee13.com

John Fisher
                        on behalf of Debtor 1 Harold Thomas Neaus johnvfisher@yahoo.com  fisherlawoffice@yahoo.com

Matthew K. Fissel
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
                        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

In re:

Harold Thomas Neaus,
aka Harold Neaus, aka Harold T Neaus,

Chapter      13

**Debtor 1**

Case No.      5:21−bk−00382−MJC

Social Security No.:

              xxx−xx−5227

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 28, 2026

**fnldec** (01/22)